UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:21–cr–173

    v.                                  Hon. Hala Y. Jarbou

JOHNNY JEREMY WEST,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | February 28, 2022   10:00 AM<br>*(previously set for March 2, 2022, at 9:00 AM)* |
| District Judge: | Hala Y. Jarbou |
| Place/Location: | 128 Federal Building, Lansing, MI |

*Pursuant to W.D. Mich. LCrR 32.2(g), Administrative Order 07–031, and Judge Jarbou's Information and Guidelines on the court website, all sentencing memoranda, including memoranda in support of a motion for departure or variance, must be filed no later than seven (7) days before the date set for sentencing. Furthermore, any request for a departure or variance must be submitted separately and clearly captioned as such, per W.D. Mich. LCrR 32.2(g).*

                                                      HALA Y. JARBOU
                                                      United States District Judge

Dated:  February 2, 2022        By:   /s/ A. Seymore_____
                                                       Case Manager